COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Matter of A. G.

Appellate case number:    01-18-01092-CV

Trial court case number:   2016-04829J

Trial court:             315th District Court of Harris County

On April 26, 2019, this Court issued an order abating the appeal and directing the trial court to hold a hearing within 7 days to determine why appellant's counsel had not filed a brief. Appellant's brief was filed on April 29, 2019.

Accordingly, the Court withdraws the order of April 26, 2019. The appeal is reinstated on the active docket. Appellee's brief is due **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: \_\_\_\_/s/ Justice Peter Kelly\_\_\_\_
                ☒ Acting individually   ☐ Acting for the Court

Date: \_\_April 30, 2019\_\_\_